UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUN 06 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. |
| DAWN ROCHON, | ) | 1 18-cr- 174 SEB -TAB |
| Defendant. | ) | SEALED |

## INDICTMENT

### COUNT 1

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of Firearm]

The Grand Jury charges that:

On or about February 28, 2017, in Marion County, Indiana, within the Southern District of Indiana, the defendant, DAWN ROCHON, in connection with the acquisition of a firearm, to wit, a Taurus PT709 9mm handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Indy Gun Bunker LLC, which statement was intended and likely to deceive Indy Gun Bunker LLC, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of her current residence was 5234 East 32d Street, Indianapolis, Indiana, when in fact the defendant then knew that she did not reside at such address;

All in violation of Title 18, United States Code, Section 922(a)(6).

# COUNT 2

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of Firearm]

The Grand Jury charges that:

On or about March 15, 2016, in Marion County, Indiana, within the Southern District of Indiana, the defendant, DAWN ROCHON, in connection with the acquisition of a firearm, to wit, a FMK Model 9C1G2 9mm handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Indy Gun Bunker LLC, which statement was intended and likely to deceive Indy Gun Bunker LLC, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of her current residence was 5224 East 32d Street, Indianapolis, Indiana, when in fact the defendant then knew that she did not reside at such address;

All in violation of Title 18, United States Code, Section 922(a)(6).

# COUNT 3

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of Firearm]

The Grand Jury charges that:

On or about April 11, 2017, in Marion County, Indiana, within the Southern District of Indiana, the defendant, DAWN ROCHON, in connection with the acquisition of a firearm, to wit, a EAA Model Witness 9mm handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Indy Gun Bunker LLC, which statement was intended and likely to deceive Indy Gun Bunker LLC, as to a fact material to the lawfulness of such acquisition of the said firearm to

the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of her current residence was 5224 East 32d Street, Indianapolis, Indiana, when in fact the defendant then knew that she did not reside at such address;

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 4

[18 U.S.C. § 922(a)(6) - False Statement in Connection with Acquisition of Firearm]

The Grand Jury charges that:

On or about May 15, 2017, in Marion County, Indiana, within the Southern District of Indiana, the defendant, DAWN ROCHON, in connection with the acquisition of a firearm, to wit, a SCCY Model CPX-1 9mm handgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Indy Gun Bunker LLC, which statement was intended and likely to deceive Indy Gun Bunker LLC, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of her current residence was 5234 East 32d Street, Indianapolis, Indiana, when in fact the defendant then knew that she did not reside at such address;

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 5

[18 U.S.C. § 924(a)(1) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

The Grand Jury charges that:

On or about February 28, 2017, in Marion County, Indiana, within the Southern District

of Indiana, the defendant, DAWN ROCHON, knowingly made a false statement and representation to Indy Gun Bunker LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Indy Gun Bunker LLC, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of her current residence was 5234 East 32d Street, Indianapolis, Indiana, when in fact the defendant then knew that she did not reside at such address;

All in violation of Title 18, United States Code, Section 924(a)(1).

## COUNT 6

[18 U.S.C. § 924(a)(1) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

The Grand Jury charges that:

On or about March 15, 2016, in Marion County, Indiana, within the Southern District of Indiana, the defendant, DAWN ROCHON, knowingly made a false statement and representation to Indy Gun Bunker LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Indy Gun Bunker LLC, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of her current residence was 5224 East 32d Street, Indianapolis, Indiana, when in fact the defendant then knew that she did not reside at such address;

All in violation of Title 18, United States Code, Section 924(a)(1).

## COUNT 7

[18 U.S.C. § 924(a)(1) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

The Grand Jury charges that:

On or about April 11, 2017, in Marion County, Indiana, within the Southern District of Indiana, the defendant, DAWN ROCHON, knowingly made a false statement and representation to Indy Gun Bunker LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Indy Gun Bunker LLC, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of her current residence was 5224 East 32d Street, Indianapolis, Indiana, when in fact the defendant then knew that she did not reside at such address;

All in violation of Title 18, United States Code, Section 924(a)(1).

## COUNT 8

[18 U.S.C. § 924(a)(1) - False Statement With Respect To Information Required To Be Kept By Licensed Firearms Dealer]

The Grand Jury charges that:

On or about May 15, 2017, in Marion County, Indiana, within the Southern District of Indiana, the defendant, DAWN ROCHON, knowingly made a false statement and representation to Indy Gun Bunker LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Indy Gun Bunker LLC, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that the address of her current residence was 5234 East 32d Street, Indianapolis, Indiana, when in fact the defendant

then knew that she did not reside at such address;

All in violation of Title 18, United States Code, Section 924(a)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offenses set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in the offenses set forth in this Indictment.

A TRUE BILL

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
William L. McCoskey
Assistant United States Attorney