**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>         Plaintiff,                             )<br>   v.                                                  )         1:18-cr-00174-JRS-TAB<br>                                                          )<br>                                                          )<br>DAWN ROCHON    ,                       )<br>                                                          )<br>         Defendant.                         ) | |

<u>PETITION TO ENTER A PLEA OF GUILTY</u>
and
<u>REQUEST FOR PRESENTENCE INVESTIGATION</u>

The defendant Dawn Rochon, individually and by counsel, petitions the court for leave to enter pleas of guilty to Counts 1 of the Indictment filed in her case. The defendant represents to the court as follows:

1. My full true name is Dawn Rochon.

2. I can read and write the English language.

3. I have received a copy of the Indictment. I have read it and discussed it with my attorney and I believe I understand the charges brought against me in this case.

4. I understand that:

    a. The maximum statutory punishment for Count 1 of the Indictment is a term of imprisonment of 10 years, a fine of up to $250,000, and a term of supervised release following any term of imprisonment of 3 years.

    b. I will have to pay, at the time of sentencing, a special assessment of $100

1

       per felony conviction.

    c.    I may have to pay a fine.

    d.    I may have to pay restitution.

5. I know that I have the right to be represented by an attorney at every stage of this legal proceeding and if I am financially unable to hire an attorney, one will be appointed to represent me.

6. I know I have a right to plead not guilty, or to persist in a not guilty plea already made, and that if I choose to plead not guilty the Constitution guarantees me:

    a.    the right to a speedy and public trial by jury in the district in which I am charged;

    b.    the right to confront and cross-examine adverse witnesses;

    c.    the right to use the power and the process of the court to compel the production of any evidence, including the attendance of any witnesses in my favor, at my trial;

    d.    the right to the assistance of counsel at every stage of the proceedings, including an appeal if need be;

    e.    the right to remain silent, including a right not to be compelled to testify at my trial;

    f.    the right to testify in my own defense at the trial; and

    g.    a right to appeal my conviction and my sentence to a higher court even if I am financially unable to pay the cost of an appeal.

7. If my pleas of guilty are accepted by the court there will not be a further trial of

any kind and that by pleading guilty I waive the right to a trial.

8. No officer or agent of any branch of government (federal, state or local), nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I would receive a lighter sentence or any other consideration if I would plead guilty, and no such person has made any threats against me if I exercise my right to go to trial.

9. My attorney has advised me that if I am not a citizen of the United States a conviction in this case may result in me being removed from the United States, denied citizenship, and denied admission to the United States in the future.

10. I offer my plea of guilty freely and voluntarily and of my own accord. I request a presentence investigation by the probation office of this court to be commenced immediately.  I consent to the review of my presentence report by the Judge, by my attorney and myself, and by counsel for the government prior to the acceptance of my plea of guilty by the court.

Dated: February 21, 2019

_____
Dawn Rochon

Dated: February 21, 2019

_____
William H. Dazey, Jr.
Indiana Federal Community Defenders
Suite 2150
111 Monument Circle
Indianapolis, IN. 46204
(317) 383-3520

Attorney for Defendant

**Certificate of Service**

I hereby certify that on **Feruary 21, 2019**, a copy of the foregoing **Petition to Enter a Plea of Guilty** was filed electronically.   Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.   Parties may access this filing through the court's system.

_____
William H. Dazey, Jr.
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520